IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CAROL HOLLAWAY § § § | |
| V. § | CIVIL ACTION NO. G-03-904 |
| § § | |
| JOHN PAUL PAUL WOODLEY, JR., § | |
| Secretary of Army(Corps of Engineers) § | |

**FINAL JUDGMENT**

**BE IT REMEMBERED** that on the 20th day of January 2005, this action came on for trial before the Court, Honorable Samuel B. Kent, United States District Judge presiding, without benefit of a jury. Plaintiff Carol Hollaway appeared in person and through her attorney, Mr. Anthony Griffin, and announced ready for trial. Secretary of the Army John Paul Woodley, Jr., appearing through Assistant United States Attorney Nancy Burns Cross, also appeared and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties to this proceeding, and that venue was proper. The Court then heard the evidence and the arguments of counsel. The Court then carefully considered all pleadings on file herein, and all post-trial submissions. As explained in the Findings of Fact and Conclusions of Law, this date entered and issued, the Court reached its verdict. The issues having been duly tried, it is

**ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Carol Hollaway take nothing of and from Defendant Secretary of the Army John Paul Woodley, Jr., Corps of Engineers, with each party to bear its own attorneys' fees. It is further

**ORDERED, ADJUDGED,** and **DECREED** that Defendant recover its taxable costs of court of and from Plaintiff Hollaway, for which let execution issue should they not be timely

paid. Defendant shall file a Bill of Taxable Costs within ten (10) days of this date.

**THIS IS A FINAL JUDGMENT**. Any relief not herein expressly granted is **DENIED**.

**IT IS SO ORDERED.**

**DONE** this 6th day of May, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge